454 A.2d 179

Commonwealth v. Perkins, Appellant.

Submitted October 13, 1982. Mr. Donald Perkins, appellant, in propria persona; Herman J. Bigi, District Attorney, for Commonwealth, appellee.

Before WIEAND, BECK and MONTGOMERY, JJ.

Order affirmed.